UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                          MEMORANDUM & ORDER

    -against-

                                                          06-CR-642 (NGG)

DAMON MONK and DARREN FINKLEA,

              Defendants.
----------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

      The court has received Defendant Damon Monk's letter dated September 28, 2007 regarding the Government's production of 3500 material, (Docket Entry #64), and will address disclosure issues after the jury is selected and before opening statements are heard.

SO ORDERED.

Dated: September 28, 2007                             /s Nicholas G. Garaufis
       Brooklyn, N.Y.                                  NICHOLAS G. GARAUFIS
                                                    United States District Judge